IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATALIE PAPPAS, etc.,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>NAKED JUICE CO. OF GLENDORA, INC.,<br><br>    Defendant-Appellee,<br><br>v.<br><br>JOANNE ROSSIGNOL,<br><br>    Objector-Appellant. | No. 14-55023<br><br>C.D. Cal. No. 2:11-cv-08276-JAK-PLA<br><br>**MOTION FOR VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO FRAP 42(b)** |

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant Joanne Rossignol respectfully requests the Court dismiss this appeal. The parties have agreed to dismissal on terms including the parties bearing their own costs and attorneys' fees.

| | |
|---|---|
| Dated: April 21, 2014 | JOSHUA R. FURMAN LAW CORP.<br>LAW OFFICES OF JON M. ZIMMERMAN<br><br>By:   /s/ Joshua R. Furman<br>Joshua R. Furman<br>Jon M. Zimmerman<br>*Attorneys for Objector,*<br>Joanne Rossignol |

1

9th Circuit Case Number(s) | 14-55023

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************************

### CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 4/21/2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/ Joshua R. Furman

*********************************************************************************

### CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)